**Order entered June 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01394-CV

**SUNNY LETOT, Appellant**

**V.**

**UNITED SERVICES AUTOMOBILE ASSOCIATION, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-00156-E**

## ORDER

We **GRANT** appellant's June 1, 2015 unopposed motion for an extension of time to file a

reply brief.  Appellant shall file a reply brief by **JUNE 9, 2015**.


/s/     ELIZABETH LANG-MIERS
            JUSTICE